1214

### Roosevelt DILLION v. STATE.
#### No. 20252.

Court of Criminal Appeals of Texas.

Dec. 14, 1938.

W. C. Dunlap, Jr., of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is murder; penalty assessed at confinement in the penitentiary for life.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

### Everett JONES v. STATE.
#### No. 20290.

Court of Criminal Appeals of Texas.

Jan. 11, 1939.

Oxford & McMillan, of Stephenville, for appellant.

Lloyd W. Davidson, State's Atty., of Dallas, for the State.

MORROW, Presiding Judge.

The conviction is for murder; penalty assessed at confinement in the penitentiary for a period of two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

### Lee LOHSE v. STATE.
#### No. 20355.

Court of Criminal Appeals of Texas.

Feb. 8, 1939.

Wm. E. Davenport, of San Angelo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for theft, a felony; penalty assessed at confinement in the penitentiary for one year.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

### Carl PATTON v. STATE.
#### No. 20172.

Court of Criminal Appeals of Texas.

Feb. 15, 1939.

Aldridge & Aldridge, of Farwell, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for felony theft; penalty assessed at two years confinement in the penitentiary.

Upon the written request of the appellant, duly verified by his affidavit, the appeal herein is dismissed.

### Woodrow THOMAS, Appellant, v. W. G. STEENKEN, Appellee.
#### No. 10432.

Court of Civil Appeals of Texas. San Antonio.

Jan. 25, 1939.

H. H. Jones and J. R. Cade, both of San Antonio, for appellant.

Bonham & Weller, of San Antonio, for appellee.

MURRAY, Justice.

Affirmed without written opinion. See Associated Indemnity Corporation et al. v. Gatling, Tex.Civ.App., 75 S.W.2d 294.